WY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASTON KAFUTWA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOLICITOR GENERAL | : | NO. 13-147 |
| SECRETARY FOR JUSTICE | : | |

O R D E R

AND NOW, this 16 day of January, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court. If plaintiff fails to file an amended complaint, his claims will be dismissed with prejudice.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes.

BY THE COURT:

WILLIAM H. YOHN, JR., J.

FILED
JAN 17 2013
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

ENTERED
JAN 17 2013
CLERK OF COURT

1/17/13 mail
Kafutwa