WY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LASTON KAFUTWA                :    CIVIL ACTION
                              :
        v.                    :
                              :
SOLICITOR GENERAL             :    NO. 13-147
SECRETARY FOR JUSTICE         :

FILED
JAN 17 2013
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

O R D E R

AND NOW, this 16 day of January, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court. If plaintiff fails to file an amended complaint, his claims will be dismissed with prejudice.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes.

ENTERED
JAN 17 2013
CLERK OF COURT

1/17/13 mail
Kafutwa

BY THE COURT:

_____
WILLIAM H. YOHN, JR., J.