WY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LASTON KAFUTWA                  :    CIVIL ACTION
                                :
    v.                          :
                                :
SOLICITOR GENERAL               :    NO. 13-147
SECRETARY FOR JUSTICE           :

O R D E R

AND NOW, this 11 day of March, 2013, upon consideration of plaintiff's amended complaint, IT IS ORDERED that:

1. Plaintiff's amended complaint (Document No. 6) is DISMISSED without prejudice for the reasons discussed in the Court's memorandum. Plaintiff is given leave to file a second amended complaint within thirty (30) days of the date of this order. Upon the filing of a second amended complaint, the Clerk shall not make service until so ORDERED by the Court. If plaintiff fails to file a second amended complaint, his claims will be dismissed with prejudice.

2. This case shall remain CLOSED for statistical purposes.

BY THE COURT:

/s/ William H. Yohn, Jr.
WILLIAM H. YOHN, JR., J.

FILED
MAR 12 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

3/12/13 mail:
Kafutwa

ENTERED
MAR 12 2013
CLERK OF COURT