IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LASTON KAFUTWA : CIVIL ACTION
:
v. :
:
SOLICITOR GENERAL : NO. 13-147
SECRETARY FOR JUSTICE :

O R D E R

AND NOW, this 11 day of March, 2013, upon consideration of plaintiff's amended complaint, IT IS ORDERED that:

1. Plaintiff's amended complaint (Document No. 1) is DISMISSED without prejudice for the reasons discussed in the Court's memorandum. Plaintiff is given leave to file a second amended complaint within thirty (30) days of the date of this order. Upon the filing of a second amended complaint, the Clerk shall not make service until so ORDERED by the Court. If plaintiff fails to file a second amended complaint, his claims will be dismissed with prejudice.

2. This case shall remain CLOSED for statistical purposes.

BY THE COURT:

/s/ William H. Yohn, Jr.
WILLIAM H. YOHN, JR., J.